PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 8 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eugene Clayton Petty      Case Number: 2:04CR00151-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/17/1998      Type of Supervision: Supervised Release

Original Offense: Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1)      Date Supervision Commenced: 6/3/2005

Original Sentence: Prison - 86 Months; TSR - 60 Months      Date Supervision Expires: 2/02/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

8.   You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

## CAUSE

The defendant's term of supervised release was revoked on March 16, 2005. The Court imposed 32 months of supervised release with all previous conditions imposed. A condition that was previously imposed was substance abuse testing. Mr. Petty has an extensive history of chemical dependency abuse, and testing will allow the probation office to continue monitoring any resumed drug use.

Respectfully submitted

by  *[signature]*

Richard B. Law
U.S. Probation Officer
Date: June 7, 2005

Prob 12B
Re:  Petty, Eugene Clayton
June 7, 2005
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

6/8/05
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

8   You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

Witness: _____
Richard B. Law
U.S. Probation Officer

Signed: _____
Eugene Clayton Petty
Probationer or Supervised Releasee

6/6/05
Date