PROB 12B
(7/93)

Report Date: July 19, 2006

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 21 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Eugene Clayton Petty | Case Number: 2:04CR00151-001 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: 09/17/1998 | Type of Supervision: Supervised Release |
| Original Offense: Possession with intent to distribute a controlled substance, 21 U.S.C. § 841 (a)(1) | Date Supervision Commenced: 02/16/2006 |
| Original Sentence: Prison - 86 Months; TSR - 60 Months | Date Supervision Expires: 03/15/2010 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

26   You shall reside in a residential reentry center for a period of up to 30 days form August 14, 2006. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Petty is currently scheduled to complete the Residential Reentry Center program at Bannum Place on August 14, 2006. However, he will not complete his substance abuse treatment program until September 12, 2006. Mr. Petty has requested that his placement be extended so that he can complete his outpatient treatment program while housed at Bannum Place. The undersigned officer supports this request made by Mr. Petty, and believes it will be to Mr. Petty's benefit.

Respectfully submitted,

by *[signature]*

Richard B. Law
U.S. Probation Officer
Date: July 19, 2006

Prob 12B
Re: Petty, Eugene Clayton
July 18, 2006
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

7/20/06
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

26  You shall reside in a residential reentry center for a period of up to 30 days from August 14, 2006. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____  Signed: _____
Richard B. Law                              Eugene Clayton Petty
U.S. Probation Officer                      Probationer or Supervised Releasee

July 19, 2006
Date